UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 90-cr-00130-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL CARO-QUINTERO,

    Defendant.

**ORDER**

    With approval of the active district judges, this case is to be transferred to an active district judge to be determined by a random draw, pursuant to D.C.COLO.LCivR 40.1(A).

    Dated: March 11, 2009.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge